■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN WARD, Appellant. [996 NYS2d 913]—Judgment, Supreme Court, Bronx County (Richard Lee Price, J.), rendered on September 26, 2011, convicting defendant, after a nonjury trial, of attempted patronizing of a prostitute in the third degree, and sentencing him to a term of 10 days, unanimously affirmed.

After reviewing the record and independently assessing all of the proof, we find that the verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The finder of fact found that the officer's account was more credible than defendant's. Concur—Mazzarelli, J.P., Andrias, Manzanet-Daniels, Feinman and Gische, JJ.